UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANISLEY GENER-GUILLOT, | CASE NO. C25-2254JLR |
| Petitioner, | ORDER |
| v. | |
| KRISTI NOEM, et al., | |
| Respondents. | |

Before the court is Petitioner Anisley Gener-Guillot's motion to voluntarily dismiss her petition for writ of habeas corpus. (Mot. (Dkt. # 4).) Ms. Gener-Guillot moves to dismiss her petition because her "application for adjustment of status was approved on November 17, 2025, and her removal proceedings were terminated on November 19, 2025[.]" (*Id*. at 2.) As a result, she is no longer in custody, "causing this action to be moot." (*Id*.) The court GRANTS Ms. Gener Guillot's motion. *See* Fed. R. Civ. P. 41(a)(1)(A)(i) ("[T]he plaintiff may dismiss an action without a court order by

ORDER - 1

filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment[.]").

Dated this 25th day of November, 2025.

_____
JAMES L. ROBART
United States District Judge

ORDER - 2